IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | CRIMINAL NO. 4:20-CR-50-SDJ-KPJ-1 |
| HERIBERTO SUAREZ-MARQUECHO (1) | § § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on March 13, 2024, to determine whether Defendant violated his supervised release. Defendant was represented by Federal Public Defender Michelle Allen-McCoy. The Government was represented by Assistant United States Attorney Glenn Roque-Jackson.

On October 21, 2020, United States District Judge Sean D. Jordan sentenced Defendant to a term of ten (10) months imprisonment, followed by three (3) years of supervised release. *See* Dkt. 37 at 1. On November 28, 2020, Defendant completed his term of imprisonment and began serving the term of supervision. *See id.*

On March 14, 2022, the U.S. Probation Officer filed the Petition for Warrant or Summons for Offender Under Supervision (the "Petition") (Dkt. 37), alleging Defendant violated two conditions of supervised release. *See id.* at 1–2. The Petition asserts Defendant violated the following conditions of supervision: (1) Defendant must not commit another federal, state, or local crime; and (2) Defendant must surrender to a duly authorized immigration official for deportation proceedings and if ordered deported, Defendant must remain outside of the United States. *Id.*

1

The Petition asserts Defendant violated the foregoing conditions as follows:

(1) On February 21, 2022, Defendant was detained and cited by Denton Police Department for Possession of Drug Paraphernalia, a Class C Misdemeanor in violation of Texas Health and Safety Code § 481.125. According to the incident report, Defendant was found to be in possession of a methamphetamine pipe and a marijuana pipe in his backpack. Additionally, after being deported on or around November 28, 2020, Defendant committed the offense of Illegal Reentry of a Deported Alien, in violation of 8 U.S.C. § 1326, as evidenced by his contact with Denton Police Department in Denton, TX, on February 21, 2022.

(2) Defendant failed to remain outside the United States as evidenced by his contact with Denton Police Department in Denton, TX, on February 21, 2022.

On March 13, 2024, the Court conducted a final revocation hearing on the Petition. *See* Minute Entry for March 13, 2024. Defendant entered a plea of true to allegations one and two, consented to revocation of his supervised release, and waived his right to object to the proposed findings and recommendations of the undersigned. *See id.*; Dkt 50. The Court finds Defendant violated the terms of his supervised release, and thus, his supervised release should be revoked.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the March 13, 2024 hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, to run consecutively to any other term of imprisonment, with no supervised release to follow. The Court further recommends Defendant be placed at FCI Seagoville in Seagoville, Texas, if appropriate.

**So ORDERED and SIGNED this 13th day of March, 2024.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE